UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                     :
ROWE PLASTIC SURGERY OF NEW JERSEY,                                  :
L.L.C., *et al.*,                                                    :
                                                                     :
                                    Plaintiffs,                      :          23 Civ. 1551 (JPC)
                                                                     :
               -v-                                                   :          ORDER
                                                                     :
LOUIS CAROTENUTO, Trustee of the United Food and                     :
Commercial Workers Local 2013 Health and Welfare                     :
Fund,                                                                :
                                                                     :
                                    Defendant.                       :
                                                                     :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 9, 2023, the Court scheduled an initial pre-trial conference in this case for April

10, 2023 and ordered the parties to file a joint letter and proposed case management plan by April

3, 2023. Dkt. 9. The parties have failed to do so. In light of the failure of the parties to submit

the required pre-conference materials, as well as their report that they have made progress in

discussing a resolution, Dkt. 14, the initial pre-trial conference is adjourned to May 22, 2023 at

2:00 p.m. The Court will conduct the conference telephonically. At the scheduled time, counsel

for all parties should call (866) 434-5269, access code 9176261. The parties must submit their

joint letter and proposed case management plan by May 15, 2023.

Additionally, the Court grants Plaintiffs' request for an extension of time to file an

opposition to Defendant Louis Carotenuto's motion to dismiss. Dkt. 14. Plaintiffs shall file their

opposition to the motion to dismiss by April 28, 2023. Defendant shall file a reply, if any by May

12, 2023.

SO ORDERED.

Dated: April 8, 2023
     New York, New York

_____
JOHN P. CRONAN
United States District Judge